*In re* MYRNA ROSA SERRANO CASANOVA.

*Número:* 7593     *Resuelto:* 22 de noviembre de 1989

*Govén D. Martínez Surís, Director de la Oficina de Inspección de Notarías; Myrna R. Serrano Casanova, pro se.*

PER CURIAM: El Director de la Oficina de Inspección de Notarías, mediante memorando fechado el 24 de mayo de 1989, nos informa que la notaria Lcda. Myrna R. Serrano Casanova no había rendido sus índices notariales desde septiembre de 1988.

El 8 de junio de 1989 concedimos a la licenciada Serrano Casanova un término de veinte (20) días para rendir los índices y mostrar causa por la cual no debía ser separada del ejercicio del notariado por haber incumplido su deber legal de rendir dichos índices.

El 13 de julio de 1989 la notaria nos informó que había duplicado sus índices y los había remitido a la oficina del Director de Inspección de Notarías. En su escrito no acredita haber enviado dichos índices dentro del término legal ni ofrece razones justificadas para dicha omisión en el cumplimiento de su deber legal.

El notario que incumple con su obligación de rendir índices notariales incurre en conducta ilegal que acarrea la imposición de sanciones disciplinarias. *In re Alvarado Tizol,* 122 D.P.R. 587 (1988).

Vistas las circunstancias presentes, *se decreta la suspensión de la Lcda. Myrna Rosa Serrano Casanova del ejercicio de la notaría por un período de seis (6) meses.*

*Se dictará la sentencia correspondiente.*